No. 94–6622. CANCEL v. THURMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6623. GRANT v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6628. BROUSSARD v. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6646. FARR v. GRAY & END ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–6656. CARABALLO v. BEYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–6657. SILAS v. ROCHE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6658. AYERS v. EVANS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–6660. GRANT v. WONG ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6661. HUTTO v. NORTH AMERICAN VAN LINES. C. A. 11th Cir. Certiorari denied.

No. 94–6664. LARSON v. MOORE ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–6665. MAYBERRY v. MICHIGAN DEPARTMENT OF CORRECTIONS. Sup. Ct. Mich. Certiorari denied.

No. 94–6674. WARNER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–6676. GREENE v. McFADDEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6679. GIBBS v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, CORRECTIONS SERVICES, ET AL. C. A. 5th Cir. Certiorari denied.